# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conner, Christopher C. | Middle District Pennsylvania | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

P.O. Box 847
Harrisburg, PA 17108-0847

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. | Trustee | Trustee Account #1 |
| 3. | Member of the Board of Advisors | Penn State University Dickinson School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2014 | The Pennsylvania State University - teaching at law school | $24,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | The Pennsylvania State University - teaching salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pennsylvania State Employees Credit Union | Mortgage equity loan on Rental Property, Mechanicsburg, PA (Part VII. Line 5) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank, NA cash accounts | A | Interest | K | T | | | | | |
| 2. Metro Bank cash accounts | A | Interest | J | T | | | | | |
| 3. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 4. Conseco Life Insurance Co. - flexible premium life ins pol | A | Interest | J | T | | | | | |
| 5. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 6. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |
| 7. - FA 529 Diversified International Portfolio Class A | | None | | | Distributed | 07/16/14 | J | A | |
| 8. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | K | T | | | | | |
| 9. - FA 529 Small Cap Portfolio Class A | | None | | | Distributed (part) | 03/06/14 | J | A | |
| 10. | | | | | Distributed | 05/09/14 | J | A | |
| 11. - FA 529 Money Market Portfolio Class A | | None | | | Distributed | 05/09/14 | J | A | |
| 12. - FA 529 High Income Portfolio Class A | | None | | | Distributed | 05/09/14 | J | A | |
| 13. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 14. - FA 529 Diversified International Portfolio Class A | | None | K | T | Distributed (part) | 07/16/14 | J | A | |
| 15. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | K | T | Distributed (part) | 07/16/14 | J | A | |
| 16. - FA 529 Small Cap Portfolio Class A | | None | K | T | Distributed (part) | 07/16/14 | J | A | |
| 17. - FA 529 Dividend Growth Portfolio Class A | | None | K | T | Distributed (part) | 07/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FA 529 High Income Portfolio Class A | | None | J | T | Distributed (part) | 07/16/14 | J | A | |
| 19. - FA 529 Limited Term Bond Portfolio Cl A (formerly Intermediate Bond) | | None | J | T | Distributed (part) | 07/16/14 | J | A | |
| 20. TRUSTEE ACCOUNT #1 (H) | | | | | | | | | |
| 21. - Schwab One money market account | A | Interest | K | T | | | | | |
| 22. - Loomis Sayles Bond Fund Class R | B | Dividend | K | T | | | | | |
| 23. - Pimco Income Fund Class D | B | Dividend | K | T | Buy (add'l) | 01/27/14 | J | | |
| 24. - T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 01/27/14 | J | B | |
| 25. - BBH Core Select Fund Class N | A | Dividend | K | T | Sold (part) | 01/27/14 | J | B | |
| 26. - Commerce Bond Shares (Y) | | | | | | | | | |
| 27. - Vanguard Dividend Growth Fund Investor shares | B | Dividend | K | T | Sold (part) | 01/27/14 | J | A | |
| 28. - Powershares S&P ETF 500 Low Volatility | A | Dividend | K | T | | | | | |
| 29. - Matthews Asia Dividend Fund | A | Dividend | J | T | | | | | |
| 30. - Vanguard Selected Value Fund | A | Dividend | K | T | | | | | |
| 31. - Pimco 0-5 Year High Yield Corp Bond Index Fund | A | Dividend | | | Sold (part) | 11/24/14 | J | | |
| 32. | | | | | Sold | 12/08/14 | J | | |
| 33. - AdvisorShares Trust Peritus High Yield ETF | B | Dividend | | | Sold (part) | 11/03/14 | K | | |
| 34. | | | | | Sold | 11/06/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - SPDR S&P China ETF | | None | | | Sold | 01/29/14 | J | | |
| 36.   - WisdomTree Europe Hedged Equity Fund | A | Dividend | J | T | | | | | |
| 37.   - WisdomTree Japan Hedged Equity Fund | A | Dividend | J | T | | | | | |
| 38.   - Schwab Health Care Fund | C | Dividend | K | T | Buy | 07/22/14 | K | | |
| 39.   - Ishares ETF Short Maturity Bond | A | Dividend | J | T | Buy | 07/29/14 | K | | |
| 40. | | | | | Sold (part) | 11/06/14 | J | | |
| 41.   - Glenmede Large Cap Growth Fund | A | Dividend | K | T | Buy | 11/03/14 | J | | |
| 42.   - SPDR S&P Dividend ETF | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 43.   - Ishares US Preferred Stock ETF | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 44.   - Proshares UltraShort Euro | | None | J | T | Buy | 11/06/14 | J | | |
| 45.   CHARLES SCHWAB IRA #1 (H) | | | | | | | | | |
| 46.   - Charles Schwab money market account | A | Interest | J | T | | | | | |
| 47.   - Charles Schwab Bank insured deposit account | A | Interest | L | T | | | | | |
| 48.   - Templeton Global Bond Fund | B | Dividend | K | T | Sold (part) | 11/24/14 | J | A | |
| 49.   - PPL Corporation common stock | B | Dividend | K | T | | | | | |
| 50.   - Sector SPDR Financial Select Shares of Beneficial Interest | A | Dividend | J | T | | | | | |
| 51.   - IShares TR TIPS Bond ETF (Formerly Barclays TIPS Bond Fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | Sold (part) | 01/27/14 | J | C | |
| 53. - Vanguard Short Term Corporate Bond Index ETF | B | Dividend | L | T | | | | | |
| 54. - Commerce Bond Shares (Y) | | | | | | | | | |
| 55. - Metropolitan West Total Return Bond M | A | Dividend | K | T | | | | | |
| 56. - Vanguard Dividend Growth Fund Investor Shares | B | Dividend | K | T | Sold (part) | 01/27/14 | J | A | |
| 57. - Powershares S&P ETF 500 Low Volatility | A | Dividend | K | T | Sold (part) | 01/27/14 | K | B | |
| 58. - Vanguard Selected Value Fund | B | Dividend | K | T | Sold (part) | 01/27/14 | J | A | |
| 59. - SPDR S&P Midcap 400 ETF | A | Dividend | J | T | | | | | |
| 60. - Matthews Asia Dividend Fund | A | Dividend | K | T | | | | | |
| 61. - Pimco 0-5 Year High Yield Corp Bond Index Fund | B | Dividend | | | Sold (part) | 11/24/14 | K | | |
| 62. | | | | | Sold | 12/08/14 | K | | |
| 63. - AdvisorShares Trust Peritus High Yield ETF | B | Dividend | | | Sold (part) | 11/03/14 | K | | |
| 64. | | | | | Sold | 11/24/14 | J | | |
| 65. - SPDR S&P China ETF | A | Dividend | | | Sold | 01/27/14 | J | | |
| 66. - WisdomTree Europe Hedged Equity Fund | A | Dividend | J | T | | | | | |
| 67. - WisdomTree Japan Hedged Equity Fund | B | Dividend | J | T | | | | | |
| 68. - Schwab Health Care Fund | C | Dividend | K | T | Buy | 07/22/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Ishares ETF Short Maturity Bond: Near | A | Dividend | K | T | Buy | 07/29/14 | K | | |
| 70. - Proshares UltraShort Euro | | None | J | T | Buy | 10/17/14 | J | | |
| 71. - Sector SPDR Consumer Fd Shares of Beneficial Interest | A | Dividend | J | T | Buy | 10/17/14 | J | | |
| 72. - Sector SPDR Tech Select Shares of Beneficial Interest | A | Dividend | J | T | Buy | 10/17/14 | J | | |
| 73. - Glenmede Large Cap Growth Fund | A | Dividend | K | T | Buy | 11/03/14 | J | | |
| 74. - Ishares US Preferred ETF US Pfd Stock | A | Dividend | K | T | Buy | 11/06/14 | K | | |
| 75. - SPDR S&P Dividend ETF | A | Dividend | K | T | Buy | 11/03/14 | J | | |
| 76. - Ishares Select Dividend ETF | A | Dividend | K | T | Buy | 12/18/14 | K | | |
| 77. GE Capital Bank, certificate of deposit | | None | K | T | Buy | 11/14/14 | K | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

N/A

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher C. Conner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544